

# IN THE
# TENTH COURT OF APPEALS

————————

### No. 10-08-00333-CV

**GERMANIA INSURANCE COMPANY,**

                                         **Appellant**

 v.

**GARY BORTZ, SHEILA BORTZ, AND ALICIA
HERNANDEZ, INDIVIDUALLY AND AS
NEXT FRIEND OF D. M., A MINOR,**

                                         **Appellees**

————————

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 2008-1057-4

## MEMORANDUM OPINION

Appellant and appellees have filed a joint motion to dismiss this appeal. The parties state that all matters which were the subject of the appeal have been settled and request the appeal be dismissed with prejudice. Counsel for each party has signed the joint motion.

Accordingly, this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a).

                                     TOM GRAY
                                     Chief Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed May 27, 2009
[CV06]